IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
IN COURT
ASHEVILLE, N.C.

NOV 2 7 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR10-2 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| TED DARRELL WEBB | ) | |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion for Downward Departure Pursuant to U.S.S.G. §5K1.1, the Motion to Seal, and any other related documents be sealed.

THIS the 27th day of November, 2007.

_____
JUDGE